**Not for Publication in West's Federal Reporter -
Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals

## For the First Circuit

No. 02-1976

IN RE: CUMBERLAND INVESTMENT CORPORATION,

Debtor.

_____

HAROLD F. CHORNEY,

Appellant,

v.

REPUBLIC CREDIT CORPORATION I,

Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

[Hon. Ernest C. Torres, U.S. District Judge]

Before

Boudin, Chief Judge,
Campbell, Senior Circuit Judge,
and Lipez, Circuit Judge.

Harold F. Chorney on brief pro se.
Justin T. Shay and Cameron & Mittleman LLP on brief for
appellee.

June 20, 2003

**Per Curiam**.    We have jurisdiction over this appeal because the notice of appeal was filed within thirty days of the district court's order disposing of appellant's motion for "reconsideration," a motion we think properly construed as "a motion to alter or amend the judgement under Rule 59." See Fed. R. App. P. 4(a)(4)(A)(iv)

Reviewing the judgment below in light of the record on appeal and the arguments in appellant's brief, we affirm the district court's summary dismissal of this appeal from an order of the bankruptcy court for reasons of lack of standing and the barring effect of prior final orders and judgments.

Affirmed.